**Order entered July 24, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00845-CR

### CARLOS NAVARRO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-59312-X**

## ORDER

The Court **REINSTATES** the appeal.

On May 7, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) in working on the brief, counsel determined that the records of two pretrial hearings had not been filed; (4) the trial court determined that the missing pretrial hearings were conducted on February 25, 2013 and May 31, 2013; (5) counsel had filed a request on June 20, 2013 seeking preparation of the reporter's record, including all pretrial hearings; (6) Kelly Simmons is the court reporter who recorded the February 25, 2013 and May 31, 2013 hearings; (7) Ms. Simmons indicated that once she "locates" the hearings in her files, it should take no more than two weeks to prepare and

file the records; (8) the court recommended that Ms. Simmons be granted twenty days from the July 15, 2014 hearing to file the supplemental records; and (9) the court recommended that counsel be given an additional fifteen days after the supplemental records are filed to file appellant's brief.

We **ORDER** court reporter Kelly Simmons to file the reporter's records of the February 25, 2013 and May 31, 2013 within **TWENTY-ONE DAYS** of the date of this order.

We **DENY** as moot appellant's July 9, 2014 motion to supplement the record and hold the briefing schedule in abeyance.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Kelly Simmons, and to counsel for all parties.


/s/     LANA MYERS
JUSTICE